

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAMES C. WINDING     PETITIONER

VS.     CIVIL ACTION NO. 5:05cv178-DCB-MTP

RONALD KING and JIM HOOD     RESPONDENTS

## FINAL JUDGMENT

This cause is before the Court on the petitioner's Objection to Magistrate Judge Michael T. Parker's Report and Recommendation of April 27, 2007 [**docket entry no. 41**], which recommends that this action be dismissed with prejudice, and the Court having adopted said report and recommendation of even date herewith; accordingly,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

SO ORDERED, this the __3rd__ day of __July__, 2007.


           s/ David Bramlette
           UNITED STATES DISTRICT JUDGE