UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
WESTERN DIVISION


JAMES C.  WINDING                                                    PETITIONER

VERSUS                                         CIVIL ACTION NO. 5:05cv178-DCB-MTP

RONALD KING and JIM HOOD                                       RESPONDENTS


CERTIFICATE OF APPEALABILITY

       A notice of appeal having been filed in the captioned habeas corpus case, in which the
detention complained of arises out of process issued by a state court pursuant to 28 U.S.C. § 2254
or the detention arises out of a judgment and conviction in federal court which is being challenged
pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of
28 U.S.C. § 2253 and Rule 22(b) of the Federal Rules of Appellate Procedure, hereby finds that:


Part A
____ A certificate of appealability should issue. (See reasons below.)


 X  A certificate of appealability should not issue. (See reasons below.)


Part B
(for non-CJA pauper cases only)


 X  The party appealing is a pauper.


____ The party appealing is not a pauper. (See reasons below.)


REASONS:

       The petitioner has failed to make a "substantial showing of the denial of a constitutional
right." Cannon v. Johnson, 134 F.3d 683, 685 (5th Cir. 1998) (citing Barefoot v. Estelle, 463
U.S. 880, 893 (1983)).


Date:  April ___15th__ , 2008          _____s/ David Bramlette_____
                                       UNITED STATES DISTRICT JUDGE