IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAMES C. WINDING                                                                          PETITIONER

VS.                                          CIVIL ACTION NO. 5:05cv178-DCB-MTP

RONALD KING and JIM HOOD                                        DEFENDANTS

**ORDER**

THIS MATTER is before the court on a Letter Motion for Records [155] filed by Petitioner. In his motion, Petitioner requests that the court provide at no cost copies of various filings in this action. As noted by the court in its July 13, 2009 Order [146] denying a similar motion [144], Petitioner has already received copies of many, if not all, of the filings in this case, and the court does not find his request for additional copies at the government's expense to be well-taken. The court again refers Petitioner to the Local Rules of this court for information on how to obtain copies of the record in this case. Standard fees will apply.

IT IS, THEREFORE, ORDERED that Plaintiff's Letter Motion for Records [155] is denied.

SO ORDERED on this the 29th day of October, 2009.

                                                               s/ Michael T. Parker
                                                               United States Magistrate Judge