```
              UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

JAMES C. WINDING, NO. K8115                                    PETITIONER

versus                              CIVIL ACTION NO. 5:05-cv-178-DCB-MTP

RONALD KING, Superintendent, and
JIM HOOD, Attorney General                                     RESPONDENTS

                                ORDER

   This matter comes before the Court on the *pro se* Petitioner's Motion for Clarification and Correct Final Judgment [docket entry no. 160], Motion for Court Records at Government Expense [docket entry no. 161], Motion for Copy of Habeas Corpus Petition [docket entry no. 165], Motion for All District Court Records [docket entry no. 166], and Motion to File Out of Time Motion to Arrest Final Judgment [docket entry no. 167].

   This case arises out of Petitioner's claim for relief pursuant to 28 U.S.C. § 2254. The Court issued its final judgment dismissing the Petitioner's claim with prejudice on July 3, 2007. Petitioner has subsequently filed numerous motions for reconsideration and motions for additional discovery, all of which this Court has denied. By filing these new motions, Petitioner seeks to reopen his case. The Court has reviewed Petitioner's Motion for Clarification and Motion to File Out of Time Motion to Arrest Final Judgment and concludes that both are wholly without merit.

   Petitioner also seeks Court records at the Government's

expense and seeks Court records for which he has not paid (though he does not specifically ask that they be copied at the Government's expense). Petitioner has already received copies of many, if not all, of the filings in this case and the Court has denied several recent motions for records at the Government's expense. Accordingly, Petitioner's current motions for records are not well-taken. The Court again refers Petitioner to the Local Rules of this Court for information on how to obtain copies of the record in this case. Standard fees will apply.

**IT IS HEREBY ORDERED** that Petitioner's Motion for Clarification and Correct Final Judgment [docket entry no. 160] is **DENIED.**

**IT IS FURTHER ORDERED** that Petitioner's Motion for Court Records at Government Expense [docket entry no. 161] is **DENIED.**

**IT IS FURTHER ORDERED** that Petitioner's Motion for Copy of Habeas Corpus Petition [docket entry no. 165] is **DENIED.**

**IT IS FURTHER ORDERED** that Petitioner's Motion for All District Court Records [docket entry no. 166] is **DENIED.**

**IT IS FURTHER ORDERED** that Petitioner's Motion to File Out of Time Motion to Arrest Final Judgment [docket no. 167] is **DENIED.**

**SO ORDERED**, this the 29th day of September 2010.

                                         s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE